**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1054**

CHANDER KANT; ASHIMA K. KANT,

                    Plaintiffs – Appellants,

          v.

JAY L. COHEN,

                    Defendant – Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Roger W. Titus, District Judge.  (8:08-cv-00318-RWT)

Submitted:  August 19, 2010        Decided:  November 22, 2010

Before MOTZ, GREGORY, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Chander Kant, Ashima K. Kant, Appellants Pro Se.  Deborah Murrell Whelihan, JORDAN, COYNE & SAVITS, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chander Kant and Ashima K. Kant appeal the district court's orders granting the Defendant's motion for summary judgment and denying their motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Kant v. Cohen</u>, No. 8:08-cv-00318-RWT (D. Md. Dec. 11, 2009; Oct. 14, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>